UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

XIN HENGDA IMP & EXP CO., LTD.
*Plaintiff*,

Case No.:
Notice of Appeal

v.

MYSTIQUE APPAREL GROUP, INC.
A New York corporation, ISAAC LEVY *a.k.a.* IKE LEVY,
Having a place of business at:
209 West 40th Street, 6th Floor, New York, NY 10018, and
STERLING NATIONAL BANK, as assignee of Sterling Factors Corporation,
*Defendants*.

-----------------------------------------------------------X

**PLEASE TAKE NOTICE:**

Plaintiff, Xin Hengda Imp & Exp Co., Ltd, ("Xin Hengda") is a manufacturer and a registered corporation in P.R. China, by undersigned counsel and attorneys, hereby takes appeal to the United States Court of Appeals 2nd Circuit, from an Order of District Court, Judge Lauran Taylor Swain, dismissing Defendant, Sterling National Bank, an assignee of Sterling Factors Corporation, from the case with prejudice, dated May 1, 2015, and any part thereof.

Dated: New York, NY
     June 1st, 2015

LAW OFFICE OF FRANK XU, PLLC

By:
\_\_\_/s/_____
Frank Xu, Esq.
40 Wall Street, Ste 3301
New York, NY 10005
Tel: 212/488-2580
Fax: 212/488-2584
frank@frankxulaw.com
*Attorneys for Plaintiff*
Xin Hengda Imp & Exp Co., Ltd.

To counsel [Via ECF]

1